The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES S. BROWN; ) <br> CHARLES SCOTT BROWN TRUST; ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, AS TRUSTEE FOR THE ) <br> POOLING AND SERVICING ) <br> AGREEMENT DATED AS OF MAY 1, 2007 ) <br> SECURITIZED ASSET BACKED ) <br> RECEIVABLES LLC TRUST 2007-BR3; ) <br> PHH MORTGAGE CORPORATION; and ) <br> CLARK COUNTY; ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:24-cv-05021-BHS <br><br> **PARTIAL JUGDMENT IN FAVOR OF THE UNITED STATES AND AGAINST CHARLES S. BROWN AS TO FEDERAL INCOME TAXES FOR TAX YEARS 2011 AND 2012** |

Pursuant to the Stipulated Motion for Judgment in Favor of the United States and Against Charles S. Brown as to Federal Income Taxes for Tax Years 2011 and 2012 ("Stipulated Motion") filed by Plaintiff the United States and Defendant Charles S. Brown (Dkt. # 26), this Court's Order Granting the Stipulated Motion (Dkt. # 27), and for good cause shown, it is hereby adjudged and decreed that:

Partial Judgment in Favor of the United States and Against Charles S. Brown as to Federal Income Taxes for Tax Years 2011 and 2012 (Case No. 3:24-cv-05021-BHS)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2279

1.      Judgment is entered in favor of the United States and against Charles S. Brown as to Count 2 and Count 3 of the Amended Complaint (Dkt. # 17) with respect to federal income taxes for tax years 2011 and 2012.

2.      Charles S. Brown is indebted to the United States for Charles S. Brown's unpaid federal income tax liabilities for tax years 2011 and 2012, in the amount of $51,999.10 as of September 30, 2024, less any subsequent payment or credits, plus interest and other statutory additions accruing after that date, as provided by law until paid in full.

3.      The United States has valid and subsisting federal tax liens in the amount described in paragraph 2, above, that arose in favor of the United States on the dates of assessments in the chart below:

| Tax Year | Assessment Date |
|---|---|
| 2011 | 03/03/2014 |
| 2012 | 03/03/2014 |

These federal tax liens attached to all property and rights to property in which Charles S. Brown has an interest.

4.      On the dates of the assessments, the federal tax liens described in paragraph 3, above, attached to the real property located at 2718 NW 30th Circle, Camas, Washington 98607 ("Subject Property"). The Subject Property bears Clark County Tax Account/Parcel Number 125008-440 and is legally described as follows:

> Lot 20, Holly Hills Phase 4, according to the plat thereof, recording in Volume "310" of Plats, Page 942, record of Clark County, Washington.

5.      The Internal Revenue Service ("IRS") properly recorded Notices of Federal Tax Lien with the Clark County Auditor as follows:

| Type of Tax | Tax Period | Notice | Recording Date | Auditor File No. |
|---|---|---|---|---|
| Income | 12/31/2011 | NFTL | 12/22/2020 | 5839010 |
| Income | 12/31/2012 | NFTL | 12/22/2020 | 5839010 |

6.      The United States is entitled to foreclose its federal tax liens described in

Partial Judgment in Favor of the United States and Against Charles S. Brown as to Federal Income Taxes for Tax Years 2011 and 2012
(Case No. 3:24-cv-05021-BHS)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2279

paragraphs 2 and 3, above, against the Subject Property. The United States agrees not to foreclose the federal tax liens described in paragraphs 2 and 3 until the Court enters a judgment on Count 1 and Count 3 of the First Amended Complaint with respect to the restitution-based assessments for tax years 2004 and 2006 (Dkt. # 17).

7. There is no just reason for delaying the entry of this judgment as a final partial judgment under Federal Rule of Civil Procedure 54(b). The financial liability of Charles S. Brown for his income tax liabilities for tax years 2011 and 2012 has no bearing on the liability of Charles S. Brown for his restitution-based assessment for tax years 2004 and 2006, which are still in dispute. Furthermore, considering that Clark County, Deutsche Bank, and the United States already stipulated to lien priority (Dkt. ## 20, 21), entry of judgment on Charles S. Brown's income taxes for tax years 2011 and 2012 will not affect other parties' interests in this case. Accordingly, this judgment is final under Rule 54(b) without awaiting the resolution of the other claims.

**IT IS SO ORDERED.**

Dated this 29th day of October 2024

_____
BENJAMIN H. SETTLE
United States District Judge

*Presented by:*
DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Samuel Holt*
SAMUEL S. HOLT
YEN JEANNETTE TRAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel:    (202) 307-2279 (Holt)
          (202) 616-3366 (Tran)
Fax: (202) 307-0054
Samuel.Holt@usdoj.gov
Y.Jeannette.Tran@usdoj.gov

Partial Judgment in Favor of the United States and Against Charles S. Brown as to Federal Income Taxes for Tax Years 2011 and 2012
(Case No. 3:24-cv-05021-BHS)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279